```
Daniel Feinberg – CA State Bar No. 135983
Email: dfeinberg@lewisfeinberg.com
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff
```

FILED
NOV - 1 2005
RICHARD W. W[...]
CLERK, U.S. DISTRICT [...]
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRANCE BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN,<br><br>        Defendant. | Case No.: C05-03808 (MHP)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff Terrance Brown voluntarily dismisses the above-captioned action without prejudice.

Dated: October 28, 2005

Respectfully submitted,

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: _____
Daniel Feinberg
Attorneys for Plaintiff

[S:\Cases\Brown, T 04-53\Pleadings\Dismissal Notice.wpd]

IT IS SO ORDERED

10/31/05

_____
U.S. DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL [CASE NO. C05-03808 (MHP)]